CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Juwan Mitchell QJ0036
**Full Name of Plaintiff**   **Inmate Number**

v.

Capt. J. Stavola,
**Name of Defendant 1**

C.O.1 Durst
**Name of Defendant 2**

C.O.1 McGary
**Name of Defendant 3**

Lt. Tyson
**Name of Defendant 4**

Capt. Shomin
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

(X) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
WILLIAMSPORT

JAN 07 2025

PER____NR____
DEPUTY CLERK

FILED
SCRANTON

APR 1 2025

PER____GP____
DEPUTY CLERK

I.   **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

X    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___  Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___  Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II. ADDRESSES AND INFORMATION

A. PLAINTIFF

Mitchell B Juwan, E
Name (Last, First, MI)

QJ-0036
Inmate Number

SCI-Rockview
Place of Confinement

1 Rockview Place Box A
Address

Bellefonte, PA 16823
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Stavola J.
Name (Last, First)

Capt./CO4
Current Job Title

301 Institute Drive
Current Work Address

Bellefonte, PA 16823
City, County, State, Zip Code

Defendant 2:

Durst

Name (Last, First)

CO 1

Current Job Title

301 Institute Drive

Current Work Address

Bellefonte, PA 16823

City, County, State, Zip Code


Defendant 3:

McGary

Name (Last, First)

CO 1

Current Job Title

301 Institute Drive

Current Work Address

Bellefonte, PA 16823

City, County, State, Zip Code


Defendant 4:

Tyson

Name (Last, First)

Lt. /CO 3

Current Job Title

301 Institute Drive

Current Work Address

Bellefonte, PA 16823

City, County, State, Zip Code


Defendant 5:

Shamin

Name (Last, First)

Capt/CO 4

Current Job Title

301 Institute Drive

Current Work Address

Bellefonte, PA 16823

City, County, State, Zip Code

III.  STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.  Describe where and when the events giving rise to your claim(s) arose.

SCI-Benner Township in the Psychiatric Observation Cell ("POC") / Level 5 unit / Restricted housing unit ("RHU") on June 18, 2024 through the end of June into July

B.  On what date did the events giving rise to your claim(s) occur?

On June 18, 2024 through the end of June into July

C.  What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

On June 18, 2024 I was placed in the RHU and then later the POC cell where I was undergoing a psychiatric evaluation on June 18, 2024. Then Capt. J. Stavala, COI McGary, COI Durst, and Lt. Tyson came to my cell in the morning and said "when we all come back we are going to bat the hell out of you." Then minutes later they came back and did that very thing and started to slam me into solid objects and then the RHU Door Post which is made of solid metal and then they started to punch me several times and kept doing this till I started calling for my mom and they denied me medical care, a grievance, hygiene products, and deliberately threatened me repeatedly

IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

They violated my Eighth Amendment rights from Cruel and unusual punishment and inadequate Health Care. Also Violated my first Amendment right to petition the Goverment for a redress of grievances. Violated my fourteenth Amendment of equal protection clause

V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Physical, Mental, Emotional Injury - Right Shoulder, Left ankles and multiple rashs

VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Monetary Relief

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*Juwan mitchell 05-0036*
Signature of Plaintiff

*march 16, 2025*
Date

SCI forest
Juan mitchell
QJ-0036
PO BOX 307 286 woodland
drive marienville PA 16239

RECEIVED
SCRANTON
APR - 1 2025
PER _____
DEPUTY CLERK

US district House
PO BOX 1148 235 north
Washington Avenue Scranton
PA 18501

PITTSBURGH PA 150
27 MAR 2025 PM 2 L

"Inmate Mail-PA DEPT. OF CORRECTIONS"

pci

Keep Safety in View as We Drive for You
USA ★ FOREVER