# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JUWAN MITCHELL,

      Plaintiff,

      v.

J. STAVOLA, *et al.*,

      Defendants.

CIVIL ACTION NO. 3:25-cv-00042

(SAPORITO, J.)

## ORDER

**AND NOW**, this 24th day of July, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1.    Defendants' motion for summary judgment (Doc. 40) is **GRANTED**. The Clerk is directed to enter **JUDGMENT** in favor of defendants and against plaintiff.

2.    The Clerk is directed to mark this case as **CLOSED**.

Dated: July 24, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge